FILED
CLERK, U.S. DISTRICT COURT
JAN 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DANA DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS J. STAHLEY, | ) | NO. CV 07-8373-VAP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

In this action, petitioner, a state prisoner, has filed a petition for writ of habeas corpus. The court has ordered that the petition, which is a successive petition, be denied and dismissed without prejudice.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 8, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE